The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN A. LEHR,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>WASHINGTON STATE DEPARTMENT OF RETIREMENT SYSTEMS,<br><br>Garnishee | NO.  2:19-CV-01107-RAJ<br><br>(2:18-CR-00189-JCC-1)<br><br>[Proposed] **Order Granting United States' Motion to Issue Continuing Garnishment Order** |

This matter comes before the Court on Plaintiff United States of America's Motion to Issue a Continuing Garnishment Order to the Garnishee, Washington State Department of Retirement Systems (WSDRS), pursuant to 28 U.S.C. § 3205. Dkt. # 16. The Court has considered the United States' Motion and, for the reasons stated therein, **GRANTS** the Motion.

Accordingly, the Court **ORDERS** that WSDRS shall:

(1) Provide Defendant/Judgment Debtor Brian A. Lehr thirty (30) days from the date of this Order to elect the manner in which he wants to receive his Law Enforcement Officers' and Firefighters' Plan 2 benefits; then

(2) Pay to the United States District Court, to be applied towards Mr. Lehr's criminal restitution judgment in Case No. 2:18-CR-00189-JCC (W.D. Wash.):

   a. all funds (less federal tax withholdings paid to the Internal Revenue Service, if any) up to Mr. Lehr's restitution balance of $33,441.59, as of May 5, 2020, that Mr. Lehr is entitled to withdraw, or becomes entitled to withdraw, as a lump sum from any and all accounts in WSDRS's possession, custody, or control; and

   b. if the lump sum amounts described in item (a) above do not pay Mr. Lehr's restitution debt in full, the non-exempt portion of every monthly pension payment Mr. Lehr is entitled to receive from WSDRS, beginning as soon as he becomes eligible to receive such pension payments.

WSDRS shall make its payments via check, payable to the *United States District Court, Western District of Washington,* referencing Case Nos. 2:18-CR-00189-JCC-1 and 2:19-CV-01107-RAJ, and deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION
TO ISSUE CONTINUING GARNISHMENT ORDER
(*USA v. Brian A. Lehr & Washington State Department of Retirement Systems,* 2:19-CV-01107-RAJ / 2:18-CR-00189-JCC-1) - 2

Such payments shall continue until Mr. Lehr's restitution debt is paid in full or until WSDRS no longer has possession, custody, or control of any of Mr. Lehr's property, or until further Order of this Court.

DATED this 7th day of December, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge